**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael Miguel COWLES, a/k/a Defendant Male, Defendant–Appellant.**

**No. 02–6167.**

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 30, 2002.

Michael Miguel Cowles, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael Miguel Cowles seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001).* We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Cowles,* Nos. CR–98–9; CA–02–4–4 (E.D.Va. Jan.

---

* While Appellant styled his motion pursuant to 28 U.S.C. § 2241, we find that the district court properly construed the motion under § 2255.

10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*